Thomas O. Myers (SBN 120674)
E-Mail: myers@smithmyerslaw.com
SMITH & MYERS LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 613-2380; Facsimile: (213) 613-2395

Nathan J. McGrath (Pa. Bar No. 308845)
    (admitted *pro hac vice*)
Milton L. Chappell (D.C. Bar No. 936153)
    (admitted *pro hac vice*)
E-mails: njm@nrtw.org; mlc@nrtw.org
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510; Facsimile: (703) 321-9319

*Attorneys for Plaintiffs and the Class They Seek to Represent*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KENNEDY, et al., | Case No: CV14-7855 AB (SSx) |
| Plaintiffs, | |
| v. | **JOINT REPORT OF PARTIES' CONCERNING THE STATUS OF SETTLEMENT NEGOTIATIONS** |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 99, et al., | |
| Defendants. | |

TO THE HONORABLE COURT:

Pursuant to the Court's Order dated March 4, 2015, ECF No. 44, ordering the Parties to file a "joint report on the status of settlement negotiations," the Parties hereby report to the Court that:

1. Following the Parties' notice to the Court that Plaintiffs and Defendant SEIU Local 99 had reached a settlement in principle, Plaintiffs and Defendant SEIU Local 99 conferred with the Los Angeles Unified School District ("LAUSD") Defendants regarding their willingness to settle on the same principles. Toward that end, the Parties exchanged further drafts and revisions for the purpose of finalizing a formal, written settlement agreement.

2. In the course of that effort, Plaintiffs and Defendant SEIU Local 99 drifted apart on one of the settlement terms. (The LAUSD Defendants take no position on this term.) Plaintiffs and Defendant SEIU Local 99 were unable to resolve this issue before the Court's deadline for filing the Motion for Class Certification and, as such, Plaintiffs timely filed their class motion and related documents. The Parties plan to continue to pursue settlement negotiations.

Dated: March 10, 2015

Respectfully submitted,

SMITH & MYERS LLP

By: /s/ Thomas O. Myers
Thomas O. Myers (SBN 120674)

Nathan J. McGrath (admitted *pro hac vice*)
Milton L. Chappell (admitted *pro hac vice*)

*Attorneys for Plaintiffs and the Class They Seek to Represent*

ROTHNER, SEGALL & GREENSTONE

By: /s/ Glenn Rothner *(with permission)*
Glenn Rothner (CSB No. 67353)
E-mail: grothner@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Defendant SEIU, Local 99*

LITTLER MENDELSON, P.C.

By: /s/ Barrett K. Green *(with permission)*
Barrett K. Green, Bar No. 145393
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

*Attorneys for Defendants Richard Vladovic, Monica Garcia, Tamar Galatzan, Steve Zimmer, Bennett Kayser, Monica Ratliff, and George McKenna sued in their official capacities as Los Angeles Unified School District School Board Members, and Megan K. Reilly, in her official capacity as Chief Financial Officer of the Los Angeles Unified School District*

SMITH & MYERS LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Tel: (213) 613-2380 Fax: (213) 613-2395