GLENN ROTHNER (CSB No. 67353)
HANNAH WEINSTEIN (CSB No. 301666)
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
E-mail: grothner@rsglabor.com

Attorneys for Defendant SERVICE EMPLOYEES
INTERNATIONAL UNION, LOCAL 99

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KENNEDY, EDUARDO BERUMEN, GRISELDA MORAN, and MAGI SAHAGIAN, for Themselves and the Class They Seek to Represent,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 99; RICHARD VLADOVIC, MONICA GARCIA, TAMAR GALATZAN, STEVE ZIMMER, BENNETT KAYSER, MONICA RATFLIFF, and GEORGE McKENNA in their official capacities as board members of the Los Angeles Unified School District; and MEGAN K. REILLY, in her official capacity as Chief Financial Officer of the Los Angeles Unified School District,<br><br>Defendants. | CASE NO. CV 14-7855 AB (SSx)<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO: (1) HOLD PENDING MOTION FOR CLASS CERTIFICATION IN ABEYANCE, AND (2) PERMIT THE PARTIES TO ESTABLISH A PLAN FOR PURSUING CLASS SETTLEMENT, INCLUDING THE CERTIFICATION OF A SETTLEMENT CLASS, AND COURT APPROVAL THEREON** |

TO THE HONORABLE COURT:

On February 6, 2015, the Parties reported to the Court [Docket No. 34] that the Plaintiffs and Defendant SEIU Local 99 had reached a settlement in principle,

with which the remaining Defendants were expected to concur, to be memorialized in a formal settlement agreement.  Unfortunately, however, on March 10, 2015, the Parties reported to the Court [Docket No. 46] that in the course of crafting the formal settlement agreement, the Parties had drifted apart on one of the settlement terms but would continue their pursuit of a settlement.

The Parties are now pleased to report that Plaintiffs and Defendant SEIU Local 99 have executed a formal class-wide settlement agreement, the terms of which were reviewed by counsel for the remaining Defendants (all sued in their official Los Angeles Unified School District ("LAUSD") capacities), and the LAUSD Board of Education is expected to act on a recommendation for approval of the agreement at the Board's May 12, 2015 meeting.

In light of the pending Board action, the Parties hereby stipulate, and request that the Court order, the following:

1. The pending motion for class certification and appointment of class counsel [Docket No. 43] be removed from the Court's May 4, 2015 hearing calendar and held in abeyance for thirty days, pending the LAUSD Board of Education's approval of the Parties' formal settlement agreement; and

2. In the event that the LAUSD Board does not approve the Parties' formal class settlement agreement, the Court will restore the pending motion for class certification and appointment of class counsel [Docket No. 43] to its hearing calendar at its earliest convenience; or

3. In the event that the LAUSD Board approves the Parties' formal class settlement agreement, the pending motion for class certification and appointment

of class counsel [Docket No. 43] shall be deemed withdrawn, and within fifteen days after execution of the formal class settlement agreement by the LAUSD Defendants the Parties will notify the Court of their plan for pursuing class settlement, including seeking the certification of a settlement class, and Court approval thereof.

DATED: April 24, 2015

GLENN ROTHNER
HANNAH WEINSTEIN
ROTHNER, SEGALL & GREENSTONE

By  /s/
GLENN ROTHNER
Attorneys for Defendant Service Employees International Union, Local 99

DATED: April 24, 2015

BARRETT K. GREEN
LITTLER MENDELSON, P.C.

By  /s/
BARRETT K. GREEN
Attorneys for Defendants Richard Vladovic, Monica Garcia, Tamar Galatzan, Steve Zimmer, Bennett Kayser, Monica Ratfliff, George McKenna, and Megan K. Reilly

DATED: April 24, 2015

*Admitted *pro hac vice*

*NATHAN J. McGRATH
*MILTON L. CHAPPELL

THOMAS MYERS
SMITH & MYERS, LLP

By  /s/
NATHAN J. McGRATH
Attorneys for Plaintiffs