Thomas O. Myers (SBN 120674)
E-Mail: myers@smithmyerslaw.com
SMITH & MYERS LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 613-2380; Facsimile: (213) 613-2395

Nathan J. McGrath (Pa. Bar No. 308845)
 (admitted *pro hac vice*)
Milton L. Chappell (D.C. Bar No. 936153)
 (admitted *pro hac vice*)
E-mails: njm@nrtw.org; mlc@nrtw.org
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510; Facsimile: (703) 321-9319

*Attorneys for Plaintiffs and the Class They Seek to Represent*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS KENNEDY, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 99, et al.,<br><br>              Defendants. | Case No: CV14-7855 AB (SSx)<br><br>**NOTICE OF FULLY EXECUTED SETTLEMENT AGREEMENT** |

TO THE HONORABLE COURT:

Pursuant to the Court's Order dated April 27, 2015, ECF No. 59, the Parties hereby give notice to the Court that:

1. On May 12, 2015, the Los Angeles Unified School District Board unanimously approved the tentative class settlement agreement that the Parties gave notice of to the Court on April 24, 2015, ECF No. 58.

2. Pursuant to the Court's April 27, 2015 Order, ECF No. 59, by or on May 27, 2015, the Parties will file with the Court their plan for pursuing class settlement and Court approval thereon.

Dated: May 14, 2015

Respectfully submitted,

SMITH & MYERS LLP

By: /s/ Thomas O. Myers
Thomas O. Myers (SBN 120674)
E-Mail: myers@smithmyerslaw.com
SMITH & MYERS LLP
333 South Hope Street, 35th Floor
Los Angeles, California 90071
Telephone: (213) 613-2380
Facsimile: (213) 613-2395

Nathan J. McGrath (Pa. Bar No. 308845)
    (admitted *pro hac vice*)
Milton L. Chappell (D.C. Bar No. 936153)
    (admitted *pro hac vice*)
E-mails: njm@nrtw.org; mlc@nrtw.org
c/o National Right to Work Legal
Defense Foundation, Inc.
8001 Braddock Road, Suite 600
Springfield, Virginia 22151
Telephone: (703) 321-8510
Facsimile: (703) 321-9319

*Attorneys for Plaintiffs and the Class They Seek to Represent*

ROTHNER, SEGALL & GREENSTONE

By: /s/ Glenn Rothner (*with permission*)
Glenn Rothner (CSB No. 67353)
E-mail: grothner@rsglabor.com
ROTHNER, SEGALL & GREENSTONE
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124

*Attorneys for Defendant SEIU, Local 99*

LITTLER MENDELSON, P.C.

By: /s/ Barrett K. Green (*with permission*)
Barrett K. Green, Bar No. 145393
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: (310) 553-0308
Facsimile: (310) 553-5583

*Attorneys for Defendants Richard Vladovic, Monica Garcia, Tamar Galatzan, Steve Zimmer, Bennett Kayser, Monica Ratliff, and George McKenna sued in their official capacities as Los Angeles Unified School District School Board Members, and Megan K. Reilly, in her official capacity as Chief Financial Officer of the Los Angeles Unified School District*